■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHANO BABARCICH, Appellant. [596 NYS2d 709] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Cooperman, J.), rendered March 15, 1991, convicting him of vehicular manslaughter in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence. Resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses *(see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record *(see, People v Garafolo,* 44 AD2d 86, 90).

The defendant's sentence was neither harsh nor excessive *(see, People v Delgado,* 80 NY2d 780).

The defendant's remaining contentions are either unpreserved for appellate review (CPL 470.05 [2]) or without merit. Thompson, J. P., Sullivan, Miller and Santucci, JJ., concur.